IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Teresa C. Goodman, | ) | C/A No.: 6:20-cv-3174-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| Unum Life Insurance Company of America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff  Teresa C. Goodman and Defendant Unum Life Insurance Company of America

hereby stipulate that this lawsuit shall be and the same is hereby dismissed *with prejudice* pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own fees and costs of litigation.

Respectfully submitted this 30th  day of  October, 2020.


s/ Nathaniel W. Bax
Nathaniel W. Bax
Federal I.D. No.: 09835
Foster Law Firm, LLC
25 Mills Avenue
Post Office Box 2123
Greenville, South Carolina 29602
Telephone: (864) 242-6200

ATTORNEYS FOR PLAINTIFF



Date: October 30, 2020

s/ Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
Montgomery Willard, LLC
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone: (803) 779-3500

ATTORNEYS FOR DEFENDANT



Date: October 30, 2020